ACCEPTED
06-15-00168-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
6/29/2016 2:49:18 PM
DEBBIE AUTREY
CLERK

**LEW DUNN**
**ATTORNEY AT LAW**
P.O. BOX 2226
LONGVIEW, TEXAS 75606-2226
Email: dunn@texramp.net
TELEPHONE 903-757-6711
FAX 903-757-6712

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

6/29/2016 2:49:18 PM

DEBBIE AUTREY
Clerk

June 17, 2016

Mr. Leon Hill
TDCJ # 02015053
Allred Unit
2101 FM 369N
Iowa Park, TX 76367

ATTORNEY-CLIENT PRIVILEGE
ATTORNEY WORK PRODUCT
PRIVATE & CONFIDENTIAL

RE:    Appellate Cause No. 06-15-00168-CR
       Leon Hill v. State of Texas
       On Appeal from the 4th Judicial District Court
       Trial Cause No. CR 14-313

Dear Mr. Hill:

The Court of Appeals has issued its "Opinion" and affirmed your conviction. I enclose copies of the following documents:

1. Letter from Court of Appeals
2. Court's "Memorandum Opinion" dated June 17, 2016
3. Court's Judgment affirming the case

I am required by the Rules of Appellate Procedure to notify you as follows:

When a court of appeals issues its Opinion and Judgment, a defendant has the right to file a *pro se* petition for discretionary review (PDR) under Rule 68, TEX. R. APP. P. Such petition should be filed with the clerk of the Court of Criminal Appeals in Austin and is due no later than thirty (30) days from the date the Judgment was rendered or the day the last timely motion for rehearing was overruled by the court of appeals. A motion for rehearing must be filed no later than fifteen (15) days after the date of the Opinion.

I am further required to give you a copy of the Opinion and Judgment, which are enclosed.

The address of the Court of Criminal Appeals is this:

Clerk of Court
Court of Criminal Appeals
P.O. Box 12308
Capitol Station
Austin, TX 78711

Yours truly,

Lew Dunn
Attorney at Law
Texas State Bar #06244600

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.

**A. Signature**
X  C Deu    ☑ Agent  ☐ Addressee

**B. Received by (*Printed Name*)**  C Deuore
**C. Date of Delivery**  6·27·16

**D. Is delivery address different from item 1?** ☐ Yes
If YES, enter delivery address below: ☐ No

Leon Hill, #02015053
Allred Unit
2101 FM 369N
Iowa Park, TX 76367

**3. Service Type**
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

**4. Restricted Delivery? (*Extra Fee*)** ☐ Yes

**2. Article Number**
*(Transfer from service label)*
7015 0640 0007 7100 6365

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



7015 0640 0007 7100 6365

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

IOWA PARK, TX 76367

Certified Mail Fee  $3.30

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)  $ $0.00
☐ Return Receipt (electronic)  $ $0.00
☐ Certified Mail Restricted Delivery  $ $0.00
☐ Adult Signature Required  $ $0.00
☐ Adult Signature Restricted Delivery $

Postage  $1.57

Total Post  $7.57

Sent To  Leon Hill, #02015053

Street and  Allred Unit   2101 FM 369N

City, State,  Iowa Park, TX 76367

JUN 11  Postmark Here  06/27/2016

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions